UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1853

BRUCE E. LANE,

Plaintiff - Appellant,

versus

MICHAEL W. WYNNE, Secretary of the Air Force;
LOCAL UNION 1092, AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.    Peter J. Messitte, District Judge.
(8:04-cv-01051-PJM)

Submitted: February 15, 2007          Decided: February 20, 2007

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bruce E. Lane, Appellant Pro Se. John Walter Sippel, Jr., OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland; Mark D. Roth,
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, Washington,
D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce E. Lane appeals the district court's order dismissing his civil complaint for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Lane v. Wynne, No. 8:04-cv-01051-PJM (D. Md. June 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED